**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| MARIA NATIVIDAD MOLINA, | No. 07-71334 |
| Petitioner, | Agency No. A075-760-212 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2010[**]

Before:    RYMER, McKEOWN, and PAEZ, Circuit Judges.

Maria Natividad Molina, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' ("BIA") order vacating an immigration

judge's decision and remanding for further proceedings. We dismiss the petition

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

for review.

We lack jurisdiction to review the BIA's March 29, 2007, order because it is not a final order of removal. *See* 8 U.S.C. § 1252(a)(1), (b)(1); *see also Cordes v. Mukasey*, 517 F.3d 1094, 1095 (9th Cir. 2008) (order).

**PETITION FOR REVIEW DISMISSED.**